UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:23-cv-60050-RS

CHRISTOPHER OBASI, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

BEDABOX LLC, a Florida Limited Liability
Company,

    Defendant.
_____/

**DEFENDANT'S RESPONSE TO PLAINTIFF'S LETTER REQUESTING CLARIFICATION [ECF NO. 31] AND LETTER "ACCEPTING" DEFENDANT'S SETTLEMENT OFFER [ECF NO. 29]**

Defendant, BedaBox LLC d/b/a ShipMonk ("Defendant" or "ShipMonk"), by and through its undersigned counsel, files this Response to Plaintiff's Letter Requesting Clarification [ECF No. 31] and Letter "Accepting" Defendant's Settlement Offer [ECF No. 29] and notifies the Court that this matter is not settled.

On July 25, 2023, the Parties attended an in-person settlement conference before Magistrate Judge Lisette M. Reid. The Parties settlement conference resulted in an impasse, as the Parties were unable to agree on a sum to resolve the matter. On August 21, 2023, Plaintiff filed a letter with the Court indicating that he had "accepted" a "partial" settlement offer made by Defendant. No settlement offer had been pending, and no communications with Plaintiff had taken place following the settlement conference. On August 23, 2023, Defendant's counsel sent Plaintiff written correspondence, both by email and regular mail, to discuss his letter and to see if a resolution could be reached. Plaintiff did not respond to the letter. Thereafter, Defendant's counsel

sent follow-up emails to Plaintiff on August 29, 2023, September 7, 2023 and September 15, 2023, all of which he ignored. On September 15, 2023, Defendant's counsel left a voicemail for Plaintiff on the phone number provided by Plaintiff's former counsel. The voicemail answering machine indicated it was, in fact, Plaintiff's telephone number. Plaintiff never returned the call. Instead, he continues to send letters to the Court about the non-existent settlement.

Consequently, and for all of the foregoing reasons, Defendant respectfully submits this Response to clarify the status of this matter and notifies the Court that, contrary to Plaintiff's letters, there has been no settlement.

Dated: September 18, 2023                Respectfully submitted,

By: *s/ Jennifer A. Schwartz*
Jennifer A. Schwartz, Esq. (Fla. Bar No. 502431)
Email: *jennifer.schwartz@jacksonlewis.com*
Jason A. Anon, Esq. (Fla. Bar No. 1017727)
E-mail: *jason.anon@jacksonlewis.com*
JACKSON LEWIS P.C.
Two South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: (305) 577-7600

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF. I also certify that the foregoing document is being served this day on Plaintiff, who is *pro se*, directly via email and regular mail at the email address and physical address identified on the attached Service List.

*s/ Jennifer A. Schwartz*
Jennifer A. Schwartz, Esq.

CASE NO. 0:23-cv-60050-RS

## SERVICE LIST

Christopher Obasi
Email: *obasinic@gmail.com*
301 N. 20th Avenue, # 6
Hollywood, Florida 33020
Telephone: (754) 215-6846

*Plaintiff (Pro Se)*

Jennifer A. Schwartz, Esq.
Florida Bar No. 502431
Email: *jennifer.schwartz@jacksonlewis.com*
Jason A. Anon, Esq.
Florida Bar No. 1017727
E-mail: *jason.anon@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Attorneys for Defendant*

4883-1933-6576, v. 1