United States District Court

Southern District Of Florida

Case No : 23-CV-60050-RS

Document No: 28

FILED BY _____ D.C.

SEP 2 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

301 N 20th Ave. #6

Hollywood , FL. 33020

Attn : Rodney Smith

United States District Judge

Since I wrote a letter to you demanding the $ 3,750 offered by Beda Box LLC legal team on the 25th July 2023 the very first time we met for settlement , Since that day Beda Box LLC legal team has written to me twice through emails and hand writing stating that the offer they made to me on 25th of July 2023 was only for that day

Please Ma , you are the one they gave the massage to delivered to me , was there any time you told me that very day that the offer of $ 3, 750 made by Beda Box legal team was only for that day ???

Ma , you are the one that set up the negotiation to resolve this case and also you were the one Beda Box legal team made the offer to , my question now , was there any time that Beda Box legal team told you during our negotiation on the 25th of July 2023 that the offer they made to me that very day was only for that moment ???

Please Ma , if there is no time they made such statement to you and in the presence of the entire Court I therefore urge you to use your position to tell them to live up to what they said , I remember there are some loopholes we saw in the documents they presented which also did not tally with their own documents and what they are saying

I enclose the letters from Beda Box legal team lying that they made it clear that the offer was only for that moment of settlement , I think it is time to tell Beda Box legal team to do the right thing

Yours sincerely

Christopher Obasi

8/30/23, 4:58 PM
Gmail - Obasi v. Bedabox LLC - Your Settlement Communication to the Court
Case 0:23-cv-60050-RS    Document 34    Entered on FLSD Docket 09/22/2023    Page 2 of 5

 Gmail

Christopher Obasi <obasinic@gmail.com>

## Obasi v. Bedabox LLC - Your Settlement Communication to the Court
2 messages

**Schwartz, Jennifer A. (Miami)** <Jennifer.Schwartz@jacksonlewis.com>   Wed, Aug 23, 2023 at 4:49 PM
To: "obasinic@gmail.com" <obasinic@gmail.com>
Cc: "Anon, Jason A. (Miami)" <Jason.Anon@jacksonlewis.com>, "Perez, Vilma (Miami)" <Vilma.Perez@jacksonlewis.com>

**Also Sent Via Mail:**
301 N. 20th Avenue, #6
Hollywood, Fl 33020

Dear Mr. Obasi:

As you know, we are counsel for Bedabox LLC d/b/a ShipMonk. On Monday, we received a copy of the attached letter you sent to the court stating that you have "accepted the partial settlement and the sum of Three thousand seven hundred fifty dollars ($3,750)" offered at the July 25th Settlement Conference with Magistrate Judge Reid. We made it clear at that conference that the $3,750 was offered to settle the case _that day_. Additionally, it was not a "partial" settlement offer. It was offered with the intent of resolving the entire case.

When you rejected the offer and the settlement conference impassed, the offer was withdrawn. We agreed to continue discussions, but never agreed to hold the offer open. Thus, since July 25, 2023, there has been no offer to settle this case pending. However, my client is willing to extend its original settlement offer of $2,000 to you in an effort to resolve this dispute, contingent on your execution of the release agreement we provided you at the settlement conference. Please advise if you will accept it. If so, we will email you a new agreement with the settlement amount filled in for your signature. If not, then we request you clarify with the Court that there has been no settlement of this matter.

Please contact me or Jason with any questions.

Regards,

Jennifer



**Jennifer A. Schwartz**
Attorney at Law

**Jackson Lewis P.C.**
One Biscayne Tower
Suite 3500
Two South Biscayne Boulevard
Miami, FL 33131
Direct: (305) 577-7603 | Main: (305) 577-7600
Jennifer.Schwartz@jacksonlewis.com | www.jacksonlewis.com

8/30/23, 4:58 PM
Gmail - Obasi v. Bedabox LLC - Your Settlement Communication to the Court
Case 0:23-cv-60050-RS   Document 34   Entered on FLSD Docket 09/22/2023   Page 3 of 5

📎 **2023-08-18 [29] Notice to the Court Re Partial Settlement by Christopher Obasi. (pc).pdf**
162K

---

**Anon, Jason A. (Miami)** <Jason.Anon@jacksonlewis.com>　　　　　　　Tue, Aug 29, 2023 at 7:32 PM
To: "obasinic@gmail.com" <obasinic@gmail.com>
Cc: "Schwartz, Jennifer A. (Miami)" <Jennifer.Schwartz@jacksonlewis.com>, "Perez, Vilma (Miami)" <Vilma.Perez@jacksonlewis.com>

Good afternoon, Mr. Obasi:

We have yet to receive your response to our email below dated August 23, 2023. As requested in our email, please advise if you will be accepting our client's original settlement offer of $2,000 to resolve this dispute, contingent on your execution of the release agreement that was provided to you at the July 25th Settlement Conference with Magistrate Judge Reid.

If so, we will email you a new agreement with the settlement amount included for your signature. If not, then we again request that you clarify with the Court that there has been no settlement of this matter.

Thank you,

Jason Anon



**Jason A. Anon**
Attorney at Law

**Jackson Lewis P.C.**
One Biscayne Tower
Suite 3500
Two South Biscayne Boulevard
Miami, FL 33131
Direct: (305) 704-4949 | Main: (305) 577-7600
Jason.Anon@jacksonlewis.com | www.jacksonlewis.com

[Quoted text hidden]
[Quoted text hidden]

Rodney Smith
United States District Court
Office of the Clerk - Room 8N09
400 North Miami Avenue
Miami, Florida 33128-7716



REC'D BY _____ D.C.
SEP 06 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Sender
Christopher Olgesi
301 N 20th Ave. #6
Hollywood Fl. 33020