UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-cv-60050-REID

CHRISTOPHER OBASI,

    Plaintiff,
v.

BEDABOX LLC,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

This cause is before the Court following a Fairness Hearing conducted before the Undersigned. [ECF No. 39]. The parties have consented to magistrate judge jurisdiction. [ECF No. 40]. The Court has considered the terms of the parties' agreement to settle Plaintiff's claims (the "Agreement").

This case involves claims of unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutinize[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, there is a bona fide legal and factual dispute of the FLSA provisions, and only Defendant was represented by counsel. The Court has reviewed the terms of the Agreement and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

1

Case 0:23-cv-60050-RS   Document 41   Entered on FLSD Docket 10/27/2023   Page 2 of 2

2

**ORDERED AND ADJUDGED** that the parties' Agreement is hereby **APPROVED**, the case be **DISMISSED WITH PREJUDICE**, and **THE CASE BE CLOSED**.

**DONE AND ORDERED** this 26th day of October 2023.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE